# Exhibit 1

# United States of America
## United States Patent and Trademark Office

# Beauty of Joseon

**Reg. No. 7,510,495**
**Registered Sep. 24, 2024**
**Int. Cl.: 3, 35**
**Service Mark**
**Trademark**
**Principal Register**

GOODAI GLOBAL INC.  (REPUBLIC OF KOREA CORPORATION)
502-ho, 5F, 5, Digital-ro 26-gil,
Guro-gu Seoul
REPUBLIC OF KOREA

CLASS 3: Non-medicated exfoliating preparations for skin; anti-ageing cosmetic preparations; make-up; moisturizing creams, lotions and gels; body wash; body creams; blemish balm creams, namely, BB creams; sunscreen preparations; beauty serums; skin cleansing creams; skin toners; eye cream; essential oils; cosmetic soaps for personal use; cologne; facial cleansers; perfume; hair shampoo; mask packs for cosmetic purposes; cosmetics

CLASS 35: Retail store services featuring make-up; retail store services featuring body wash; retail store services featuring body cream; retail store services featuring bok jumeoni, namely, Korean traditional lucky pouches for clothing decoration; organization of exhibitions for commercial purposes; retail store services featuring sunscreen preparations; retail store services featuring hand mirrors; leasing of advertising space on websites; retail store services featuring deodorizing apparatus for personal use; retail store services featuring soaps for personal use; retail store services featuring facial cleansers; retail store services featuring perfume; retail store services featuring toiletry cases sold empty; retail store services featuring mask packs for cosmetic purposes; retail store services featuring cosmetic utensils; advertising services relating to cosmetics; providing consumer product information relating to cosmetics; retail store services featuring cosmetics; retail store services featuring cosmetic bags sold empty; retail store services featuring cosmetic cases sold empty

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 04-07-2023 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1755801 DATED 08-04-2023, EXPIRES 08-04-2033

No claim is made to the exclusive right to use the following apart from the mark as shown: "BEAUTY"

SER. NO. 79-380,868, FILED 08-04-2023

Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,510,569**
**Registered Sep. 24, 2024**
**Int. Cl.: 3**
**Trademark**
**Principal Register**

GOODAI GLOBAL INC.  (REPUBLIC OF KOREA CORPORATION)
502ho, 5F, 5, Digital-ro 26-gil,
Guro-gu Seoul
REPUBLIC OF KOREA

CLASS 3: Cosmetics; cosmetic preparations for skin care; skin whitening creams; anti-aging cosmetic preparations; beauty creams; anti-wrinkle creams; tissues impregnated with cosmetics; oils for cleaning purposes; beauty soap; skin cleansers; anti-wrinkle creams for cosmetic use; skin hydrators for cosmetic purposes; non-medicated skin care preparations, namely, functional cosmetics; make-up; body and beauty care cosmetics; cosmetic preparations for hair care

The color(s) black, white and red is/are claimed as a feature of the mark.

The black Hangeul characters 'Joseon' and 'Mi Nyeo' are arranged in two lines at the center of the mark; the lower right side of the mark features a red square seal with the white Hangeul text 'Cracle In' written inside.

The mark consists of black Hanguel characters on two lines that transliterate to "Joseon" and "Mi Nyeo", with a smaller red seal, in the lower right, that contains smaller white Hanguel characters that transliterate to "Cracle In".

OWNER OF INTERNATIONAL REGISTRATION 1730282 DATED 04-04-2023, EXPIRES 04-04-2033

No claim is made to the exclusive right to use the following apart from the mark as shown: the non-Latin characters that transliterate to "MI NYEO"

Beauty of Joseon (the name of a historical Korean dynasty), Sealing of Cracle (the name of the former distributor of the brand).

The non-Latin characters in the mark transliterate to "JOSEON" and "MI NYEO" and this means "Joseon (former Korean Dynasty)" and "beauty" in English. The non-Latin

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



characters in the mark transliterate to "CRACLE IN" and this has no meaning in a foreign language.

SER. NO. 79-385,044, FILED 10-31-2023

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for  Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,641,616**
**Registered Jan. 01, 2019**
**New Cert. Feb. 04, 2025**
**Int. Cl.: 3**
**Trademark**
**Principal Register**

GOODAI GLOBAL INC.  (REPUBLIC OF KOREA CORPORATION)
5 DIGITAL-RO 26-GIL, GURO-GU
502HO, 5F
SEOUL, KOREA, SOUTH 08389

CLASS 3: Functional cosmetics; Anti-aging cosmetic preparations; Anti-aging cream; Whitening cosmetics; Beauty soap; Beauty creams; Cosmetics containing vitamin; Oils for cleaning purposes; Cosmetic preparations for skin care; [ Cosmetics for animals; ] Nourishing cosmetic cream; Anti-wrinkle creams; Anti-wrinkle cosmetics; Nourishing cosmetic cream using natural materials; Cosmetics using natural substances; [ Tooth whitening creams; ] Cream for whitening the skin; Nourishing cream for skin moisturizing; Tissues impregnated with cosmetics; Cosmetics

FIRST USE 9-21-2014; IN COMMERCE 11-7-2015

The mark consists of four stylized Korean characters in large font and another set of four stylized Korean characters in smaller font contained in a box-shaped stamp to the bottom right of the four stylized Korean characters in large font.

No claim is made to the exclusive right to use the following apart from the mark as shown: THE NON-LATIN CHARACTERS THAT TRANSLITERATE TO "MINYEO" AND "LAIN"

The larger non-Latin characters in the mark transliterate to "JOSEON MINYEO", and this means "beautiful women of Joseon" in English. The smaller non-Latin characters in the mark transliterate to "KEUKEUL" and "LAIN", and the first character has no meaning in a foreign language and the second character means "line" in English. The composite phrase "KEUKEUL LAIN" has no meaning in a foreign language.

SER. NO. 87-892,232, FILED 04-25-2018

Coke Mogu-Srut

Acting Director of the United States Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,641,616**

**Registered Jan. 01, 2019**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

CHEUN, JU HYCK  (KOREA, REPUBLIC OF INDIVIDUAL)
101-604, 90, Digital-ro 26-gil, Guro-gu
Seoul, REPUBLIC OF KOREA 08393

CLASS 3: Functional cosmetics; Anti-aging cosmetic preparations; Anti-aging cream; Whitening cosmetics; Beauty soap; Beauty creams; Cosmetics containing vitamin; Oils for cleaning purposes; Cosmetic preparations for skin care; Cosmetics for animals; Nourishing cosmetic cream; Anti-wrinkle creams; Anti-wrinkle cosmetics; Nourishing cosmetic cream using natural materials; Cosmetics using natural substances; Tooth whitening creams; Cream for whitening the skin; Nourishing cream for skin moisturizing; Tissues impregnated with cosmetics; Cosmetics

FIRST USE 9-21-2014; IN COMMERCE 11-7-2015

The mark consists of four stylized Korean characters in large font and another set of four stylized Korean characters in smaller font contained in a box-shaped stamp to the bottom right of the four stylized Korean characters in large font.

No claim is made to the exclusive right to use the following apart from the mark as shown: THE NON-LATIN CHARACTERS THAT TRANSLITERATE TO "MINYEO" AND "LAIN"

The larger non-Latin characters in the mark transliterate to "JOSEON MINYEO", and this means "beautiful women of Joseon" in English. The smaller non-Latin characters in the mark transliterate to "KEUKEUL" and "LAIN", and the first character has no meaning in a foreign language and the second character means "line" in English. The composite phrase "KEUKEUL LAIN" has no meaning in a foreign language.

SER. NO. 87-892,232, FILED 04-25-2018



Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.